UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY THOMPSON,<br><br>        Plaintiff,<br><br>    v.<br><br>RECONTRUST COMPANY, DOE 1, and DOES 2-50, inclusive,<br><br>        Defendants. | Case No. EDCV 08-1484-VAP (FFMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: December 1, 2008          _____
                                  VIRGINIA A. PHILLIPS
                                  United States District Judge